SEALED

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 12CR10367- |
| v. | ) |
| | ) |
| 1.   Radhames PENA,<br>a/k/a "Junior,"<br>a/k/a "J"; | ) Violations:<br>)<br>)<br>) 21 U.S.C. § 846 – Conspiracy to Possess |
| 2.   Dorca RODRIGUEZ; | ) with Intent to Distribute and to Distribute<br>) Cocaine |
| 3.   Adalberto GONZALEZ,<br>a/k/a "Gordo"; | )<br>) 21 U.S.C. § 841(a)(1) – Possession with<br>) Intent to Distribute Cocaine and Heroin |
| 4.   Jaime ARISTY,<br>a/k/a "Junito"; | )<br>)<br>) 21 U.S.C. § 841(a)(1) – Distribution of |
| 5.   Alejandro TEJEDA; | ) Cocaine<br>) |
| 6.   Christian MORETA,<br>a/k/a "Chris,"<br>a/k/a "Narga,"<br>a/k/a "Cuz"; | ) 21 U.S.C. § 841(a)(1) – Possession with<br>) Intent to Distribute Cocaine<br>)<br>)<br>) 21 U.S.C. § 853 – Criminal Forfeiture |
| 7.   Juan Pablo BERNABE,<br>a/k/a "Pablin"; | ) Allegation<br>)<br>) |
| 8.   Juan Carlo POLANCO,<br>a/k/a "Barber"; | )<br>)<br>) |
| 9.   Camilo H. DIVANNE,<br>a/k/a "Henry"; | )<br>)<br>) |
| 10.  Nelson CASTILLO,<br>a/k/a "Gringo"; | )<br>)<br>) |
| 11.  Roger Jose ALMANZAR,<br>a/k/a Roger Villalona,<br>a/k/a "Gallo," | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## INDICTMENT

**COUNT ONE:**      **(Title 21, United States Code, Section 846 – Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine)**

The Grand Jury charges that:

From a date unknown to the Grand Jury, but at least from in or about December 2009, and

continuing thereafter until at least in or about November 2012, at Lynn, Salem, and elsewhere in

the District of Massachusetts, and elsewhere,

1. **Radhames PENA, a/k/a "Junior," a/k/a "J";**
2. **Dorca RODRIGUEZ;**
3. **Adalberto GONZALEZ, a/k/a "Gordo";**
4. **Jaime ARISTY, a/k/a "Junito";**
5. **Alejandro TEJEDA;**
6. **Christian MORETA, a/k/a "Chris," a/k/a "Narga," a/k/a "Cuz";**
7. **Juan Pablo BERNABE, a/k/a "Pablin";**
8. **Juan Carlo POLANCO, a/k/a "Barber";**
9. **Camilo H. DIVANNE, a/k/a "Henry";**
10. **Nelson CASTILLO, a/k/a "Gringo"; and**
11. **Roger Jose ALMANZAR, a/k/a "Roger Villalona," a/k/a "Gallo,"**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree,

with each other and with other persons known and unknown to the Grand Jury, to possess with

intent to distribute, and to distribute, cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved five kilograms or more

of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance.   Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to

this Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**          **(Title 21, United States Code, Section 841(a)(1) – Possession with Intent to Distribute Cocaine and Heroin)**

The Grand Jury further charges that:

On or about December 13, 2011, at Lynn, in the District of Massachusetts,

**1.  Radhames PENA, a/k/a "Junior," a/k/a "J,"**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a

Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count Two involved 100 grams or more of a

mixture and substance containing a detectable amount of heroin, a Schedule I controlled

substance.   Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to

this Count.

**COUNT THREE:**   **(Title 21, United States Code, Section 841(a)(1) – Distribution of Cocaine)**

The Grand Jury further charges that:

On or about September 14, 2012, at Lynn, in the District of Massachusetts,

### 1.  Juan Pablo BERNABE, a/k/a "Pablin,"

defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

4

**COUNT FOUR:**     **(Title 21, United States Code, Section 841(a)(1) – Possession with Intent to Distribute Cocaine)**

The Grand Jury further charges that:

On or about September 24, 2012, at Lynn, North Andover, and elsewhere in the District of Massachusetts,

1. **Radhames PENA, a/k/a "Junior," a/k/a "J";**
2. **Alejandro TEJEDA; and**
3. **Camilo H. DIVANNE,**

defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count Four involved 500 grams or more of a

mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance.   Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to

this Count.

**COUNT FIVE:**     **(Title 21, United States Code, Section 841(a)(1) – Possession with Intent to Distribute Cocaine)**

The Grand Jury further charges that:

On or about November 23, 2012, at Lynn, Peabody, and elsewhere in the District of Massachusetts,

1. **Radhames PENA, a/k/a "Junior," a/k/a "J," and**
2. **Nelson CASTILLO,**

defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count Five involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this Count.

6

## DRUG FORFEITURE ALLEGATION

### (Title 21, United States Code, Section 853)

The Grand Jury further alleges that:

1.  Upon conviction of one or more of the offenses alleged in Counts One, Two, Three,

Four, and Five of the Indictment,

1.  **Radhames PENA, a/k/a "Junior," a/k/a "J";**
2.  **Dorca RODRIGUEZ;**
3.  **Adalberto GONZALEZ, a/k/a "Gordo";**
4.  **Jaime ARISTY, a/k/a "Junito";**
5.  **Alejandro TEJEDA;**
6.  **Christian MORETA, a/k/a "Chris," a/k/a "Narga," a/k/a "Cuz";**
7.  **Juan Pablo BERNABE, a/k/a "Pablin";**
8.  **Juan Carlo POLANCO, a/k/a "Barber";**
9.  **Camilo H. DIVANNE, a/k/a "Henry";**
10. **Nelson CASTILLO; and**
11. **Roger Jose ALMANZAR, a/k/a "Roger Villalona," a/k/a "Gallo,"**

defendants herein, shall forfeit to the United States (jointly and severally as to Count One),

pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived

from, any proceeds any of the defendants obtained, directly or indirectly, as a result of the

offenses, and any and all property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of, such offenses, including but not limited to the following:

a.  A 2010 black Toyota 4Runner bearing Massachusetts registration 884MV8 and

vehicle identification number JTEBU5JR8A5000447;

b.  A 2006 white Honda Civic bearing Massachusetts registration 4RE100 and vehicle

identification number 2HGFA16506H509009;

c.  A 2008 white Honda Accord bearing Massachusetts registration 867HK3 and

vehicle identification number 1HGCP26708A013248; and

d.  A 2004 black Porsche Cayenne bearing Massachusetts registration 522CC1 and

vehicle identification number WP1AB29P14LA65484.

2. If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of any defendant,

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty,

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Katherine Ferguson
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; November 29, 2012

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK
11/29/2012
@ 11:44An

9