UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 12-10367-DJC |
| Plaintiff | ) |
| v. | ) |
| JAIME ARISTY | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO F.R.Cr.P. RULE 29**

COMES NOW DEFENDANT, JAMIE ARISTY, by and through his attorney of record and hereby moves for judgment of acquittal pursuant to Rule 29 of the F.R.Cr.P.. In support thereof, Mr. ARISTY respectfully submits that this motion is made on the ground that based on the evidence introduced by the government, no rational trier of fact could conclude beyond a reasonable doubt that the conspiracy alleged in the Superceding Indictment existed and that Mr. ARISTY willfully joined in that agreement.

Date: December 16, 2014         Respectfully submitted,

                                BOURBEAU & BONILLA, LLP

                                *S/ Michael C. Bourbeau*
                                MICHAEL C. BOURBEAU

                                Attorney for Defendant
                                236 Commercial St. #1
                                Boston, MA 02109
                                (617) 350-6565

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.
            */s/ Michael C. Bourbeau*