UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JAIME ARISTY, )<br>)<br>Defendant. )<br>) | Criminal Action No. 12-10367 |

## VERDICT

*WE, THE JURY, FIND THE DEFENDANT, JAIME ARISTY:*

COUNT ONE:   (CHARGING CONSPIRACY TO DISTRIBUTE OR
POSSESS WITH INTENT TO DISTRIBUTE COCAINE)

_____ NOT GUILTY          __X__ GUILTY

__12/17/14__
DATE

__[signature]__
FOREPERSON'S SIGNATURE